FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT OLSON and STACEY OLSON, individually, and as the marital community thereof,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>　　　　Defendant. | No. 2:23-CV-00017-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the parties' Stipulation and Order of Dismissal with Prejudice and Without Fees and Costs, ECF No. 10. Plaintiffs are represented by Ryan M. Best. Defendant is represented by Jennifer P. Dinning and Jillian M. Henderson.

　　　The motion states that it is stipulated and agreed by and between the parties that all claims in this action be dismissed with prejudice and without costs or attorneys' fees to any party.

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

2. Any pending motions are **DISMISSED as moot**.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 9th day of May 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**